IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, ) ) ) ) | |
| Plaintiff, ) | Case No. 1:10-cv-949 (AJT/IDD) |
| ) v. ) ) | |
| CONSTRUCTION PRODUCTS AND SERVICES, INC., ) ) ) | |
| Defendant. ) ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 17) of the Magistrate Judge recommending that default judgment be entered against Construction Products and Services, Inc. ("Defendant") in favor of plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund in the amount of $4,731.30. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment (Doc. No. 13) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund, in the amount of $2,153.13 in unpaid contributions; $301.81 in liquidated damages; $345.07 in accrued interest through April 8, 2011; $1,330.00 in reasonable attorneys' fees; $601.29 in costs, for a total award to plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund of $4,731.30.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to:

        Construction Products and Services, Inc.
        250 Industrial Drive
        Halifax, MA  02338

                /s/
        Anthony J. Trenga
        United States District Judge

Alexandria, Virginia
October 4, 2011